UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA §
§
§
versus § CIVIL ACTION H-87-3148
§
§
HOMER L. CAMARILLO §

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 0 6 1998

Michael N. Milby, Clerk of Court

### Order to Transfer

The defendant resides in Brownsville, Texas, within the Brownsville Division of this court.

This case is transferred to the Brownsville Division.

Signed on _May 5_, 1998, at Houston, Texas.

Lynn N. Hughes
United States District Judge

TRUE COPY I CERTIFY
ATTEST: 5/6/98
MICHAEL N. MILBY, Clerk
By _Hoffmann_
Deputy Clerk

//