UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 19 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-067 |
| | § | (formerly H-87-3148) |
| HOMER L. CAMARILLO, | § | |
| Defendant. | § | |

STATUS OF CASE

TO THE HONORABLE JUDGE OF SAID COURT:

On January 30, 1998, the United States District Court in Houston set a hearing for defendant Homer L. Camarillo to show cause why he should not be held in contempt of court for failing to comply with the Court's order to answer the United States' interrogatories. The hearing was to be held at the United States District Court in Brownsville at 2:30 p.m. on February 11, 1998.

On February 11, 1998, defendant Homer L. Camarillo failed to appear at the United States District Court in Brownsville. Upon the motion of the United States, the Court issued a warrant for the arrest of defendant Camarillo.

Also, upon the motion of the United States, the Court set a hearing for the defendant Homer L. Camarillo to show cause why he should not be held in contempt of court for failing to comply with the Court's orders to answer the United States' interrogatories and to appear in court on February 11, 1998. The hearing was to be

-2-

held at the United States District Court in Brownsville at 2:00 p.m. on February 12, 1998.

On February 12, 1998, defendant Homer L. Camarillo failed to appear at the United States District Court in Brownsville. A deputy United States Marshal reported to the Court that the deputy had found defendant Camarillo at home in bed recuperating from surgery. The deputy also informed the Court that defendant Camarillo would have been difficult to transport because of his weight.

United States Magistrate Judge John William Black in Brownsville then referred the attorney for the United States back to United States District Judge Kenneth M. Hoyt in Houston. On February 17, 1998, the United States mailed another demand letter, another Financial Statement, and another set of interrogatories to defendant Homer L. Camarillo.

On March 19, 1998, the United States was informed that defendant Homer L. Camarillo had initiated proceedings in the Brownsville Division of the United States Bankruptcy Court for the

-3-

Southern District of Texas on March 18, 1998. A copy of the notice that the United States received is attached as Appendix A.

On May 6, 1998, United States District Judge Lynn N. Hughes in Houston transferred the case to the United States District Court in Brownsville. Defendant Homer L. Camarillo resides in Brownsville.

        Respectfully submitted,

        JAMES H. DeATLEY
        UNITED STATES ATTORNEY

By: Laurie R. Hamlett
     Assistant United States Attorney
     State Bar of Texas No. 08849500
     United States Attorney's Office
     Texas Commerce Bank Building
     1701 West Highway 83, Suite 305
     McAllen, Texas  78501
     (956) 630-3173 (x 230)

ClibPDF - www.fastio.com

APPENDIX A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

**VOLUNTARY PETITION**

| IN RE (Name of Debtor--If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| CAMARILLO, HOMER L. | |

| ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden, and trade names) |
|---|---|
| | |

| SOC SEC/TAX I.D. NO. (If more than one, state all) | SOC SEC/TAX I.D. NO. (If more than one, state all) |
|---|---|
| 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 | |

| STREET ADDRESS OF DEBTOR (No., street, city, state, zip) | STREET ADDRESS OF JOINT DEBTOR (No., street, city, state, zip) |
|---|---|
| 1455 E. MONROE BROWNSVILLE, TX 78521 | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|
| CAMERON | |

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|
| P.O. BOX 4342 BROWNSVILLE, TX 78523-4342 | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above)

VENUE (Check one box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a larger part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
☒ Individual   ☐ Corporation Publicly Held
☐ Joint (Husband and wife)   ☐ Corporation Not Publicly Held
☐ Partnership   ☐ Municipality
☐ Other

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED** (Check one box)
☐ Chapter 7   ☐ Chapter 11   ☒ Chapter 13
☐ Chapter 9   ☐ Chapter 12   ☐ Sec. 304 - Case ancillary to Foreign Proceeding

**NATURE OF DEBT**
☒ Non-Business/Consumer   ☐ Business - Complete A and B below

A. TYPE OF BUSINESS (Check one box)
☐ Farming   ☐ Transportation   ☐ Commodity Broker
☐ Professional   ☐ Manufacturing/   ☐ Construction
☐ Retail/Wholesale   Mining   ☐ Real Estate
☐ Railroad   ☐ Stockbroker   ☐ Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

**FILING FEE** (Check one box)
☒ Filing fee attached
☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3.

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
LAW OFFICES OF JOHN VENTURA, P.C.
7 NORTH PARK PLAZA
BROWNSVILLE, TEXAS 78521
Telephone No. (956) 544-9398

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
ABELARDO LIMON          JOHN VENTURA
ELLEN C. STONE
☐ Debtor is not represented by an attorney.

## STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS** (In thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED LIABILITIES** (In thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**EST. NO. OF SECURITY HOLDERS - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE FOR COURT USE ONLY

United States District Court
Southern District of Texas
RECEIVED
MAR 18 1998
4:33 PM
Michael N. Milby, Clerk of Court

Computer software provided by: Fielder Computing Group, Inc., Austin, Texas (1.577) 8.5b

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-067 |
| § | (formerly H-87-3148) |
| HOMER L. CAMARILLO, § | |
| Defendant. § | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing STATUS OF CASE was forwarded by first class mail to the defendant on May 12, 1998 at the following addresses:

Mr. Homer L. Camarillo
P.O. Box 4872
Brownsville, Texas   78523

and

Mr. Homer L. Camarillo
1455 East Monroe Street
Brownsville, Texas   78520

and

Mr. Homer L. Camarillo
P.O. Box 4342
Brownsville, Texas   78523-4342

_____
LAURIE R. HAMLETT
Assistant United States Attorney