3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

**JUN 2 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-067 |
| HOMER L. CAMARILLO | § | |

TYPE OF CASE:   __X__ CIVIL      ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

**WILL NOT BE HELD TELEPHONICALLY, WILL NOT BE CONTINUED AND ATTORNEY IN CHARGE IS ORDERED TO APPEAR**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 9, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 22, 2001

TO:   MS. LAURIE RAY HAMLETT