4

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

AUG 0 9 2001

STATUS CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-98-067

DATE & TIME: 08-09-01 AT 1:30 P.M.

UNITED STATES OF AMERICA

PLAINTIFF(S)      LAURIE RAY HAMLETT
COUNSEL

VS.

HOMER L. CAMARILLO

DEFENDANT(S)
COUNSEL

--------------------------------------------------------------------------------------------------

Attorney for Plaintiff did not appear.

Recommendation will be made to Judge Vela for the dismissal of this case.