5

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-067 |
| | § | |
| HOMER L. CAMARILLO | § | |

## ORDER

There having been no activity in this case since May 19, 1998, United States Magistrate Judge John Wm. Black, on June 22, 2001 set a status conference for August 9, 2001. No one appeared at that status conference.

IT IS THEREFORE **ORDERED**, pursuant to Fed. R. Civ. P. 41(b) that this case be **DISMISSED** for want of prosecution.

SIGNED at Brownsville, Texas, this 13th day of August, 2001.

Filemon B. Vela
Senior United States District Judge